# IN THE SUPREME COURT OF THE STATE OF NEVADA

VIVIAN MARIE LEE HARRISON,
                    Appellant,
          vs.
KIRK ROSS HARRISON,
                    Respondent.

No. 70727

FILED

MAR 23 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Bryce C. Duckworth, District Judge, Family Court Division
       Radford J. Smith, Chartered
       Kainen Law Group
       Kemp, Jones & Coulthard, LLP
       Lemons, Grundy & Eisenberg
       Standish Naimi Law Group
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-09769